MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:  (520) 624-8886
Fax:    (520) 798-1037
Email: TCope@mcrazlaw.com
Email:  AWinkelman@mcrazlaw.com

By:    Thom K. Cope, # 025178
       Alex Winkelman, #34120
       21039-4/gmg

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Rael,<br><br>                  Plaintiff,<br><br>vs.<br><br>Commercial AV Services LLC, an Arizona Limited Liability Company, Thomas Cassille and Jane Doe Cassille, a married couple,<br><br>                  Defendants. | No.  CV-18-2193-PHX-SPL<br><br>**NOTICE OF SETTLEMENT**<br><br>(Hon. Steven P. Logan) |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 60 days.

RESPECTFULLY SUBMITTED this 1st day of February 2019.

MESCH CLARK ROTHSHILD

By: /s/ Thom K. Cope
Thom K. Cope
Alex Winkelman
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

On February 1, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clifford P. Bendau, II
Christopher J. Bendau
BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, AZ  85060
cliffordbendau@bendaulaw.com
chris@bendaulaw.com
*Attorneys for Plaintiff*

25W6652.DOCX