**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (030204)
Christopher J. Bendau (032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Facsimile: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
          chris@bendaulaw.com
*Attorneys for Plaintiff*

**MESCH CLARK ROTHCHILD**
Thom K. Cope (025178)
D. Alex Winkelman (34120)
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Facsimile: (520) 798-1037
Email: tcope@mcrazlaw.com
          awinkelman@mcrazlaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Victor Rael**, <br><br> Plaintiff, <br><br> vs. <br><br> **Commercial AV Services LLC**, et al., <br><br> Defendants. | No. 2:18-cv-02193-RCC <br><br> **STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Victor Rael, and Defendants, Commercial AV Services LLC and Thomas Cassille, by and through undersigned counsel, hereby stipulate to the dismissal of Plaintiff's claims, with prejudice, each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 19th Day of February 2019.

THE BENDAU LAW FIRM PLLC

/s/   *Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff

MESCH CLARK ROTHCHILD

/s/   *Thom K. Cope*
Thom K. Cope
D. Alexander Winkelman
Attorney for Plaintiffs

**Certificate of Service**

I certify that on this 19th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/   Clifford P. Bendau, II